**Jaron BRICE, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 15–7931.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 26, 2016.

Jaron Brice, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaron Brice, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny

Brice's motion for summary judgment and his motion for bail, and dismiss the appeal for the reasons stated by the district court. *Brice v. United States*, No. 1:15–cv–01274–AJT–MSN (E.D.Va. Oct. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*